```
DANIEL BRODERICK, Bar # 89424
Federal Defender
LEXI NEGIN, Bar # 250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER NORRIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 11-cr-0188 KJM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| ALEXANDER NORRIS, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, and Lexi Negin, Assistant Federal Defender, attorney for defendant, that the condition number 14 of the defendant's release conditions shall be modified. The parties agree that condition number 14 be modified to allow Ms. Carolyn Norris, the defendant's mother, to have a password protected computer in the residence that she shares with the defendant. The parties agree that the condition be modified as follows:

"14. You shall not use or possess a computer in your residence or at any other location. Your mother, Carolyn Norris, may possess and use a computer in your residence under the conditions that computer is password protected and you do not have access to the password."

/////

/////

/////

/////

/////

| | |
|---|---|
| June 1, 2011 | Respectfully submitted, |
| | DANIEL BRODERICK<br>Federal Defender |
| | /S/LEXI NEGIN<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Alexander Norris |
| | BENJAMIN WAGNER<br>United States Attorney |
| | /S/ MATTHEW MORRIS<br>MATTHEW MORRIS<br>Assistant U.S. Attorney |

**ORDER**

**IT IS SO ORDERED.**

DATED: June 2, 2011

/s/ Gregory G. Hollows

HONORABLE GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE