DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ALEXANDER NATHAN NORRIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER NATHAN NORRIS, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 2:11-cr-00188 KJM <br><br> STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |

It is hereby stipulated and agreed to between the United States of America through MATTHEW G. MORRIS, Assistant U.S. Attorney, and defendant, ALEXANDER NATHAN NORRIS by and through his counsel, LEXI NEGIN, Assistant Federal Defender, that the status conference set for Thursday, July 14, 2011, be continued to Thursday, September 29, 2011.

The reason for this continuance is because this is a child pornography case, and additional time is needed for the parties to complete discovery and for defense counsel to review the forensic evidence.

It is further stipulated that the time period from the date of this stipulation, July 8, 2011, through and including the date of the new status conference hearing, September 29, 2011, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

///

1

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: July 8, 2011

    Respectfully submitted,

BENJAMIN B. WAGNER                  DANIEL J. BRODERICK
United States Attorney                   Federal Defender

By:
 /s/ Lexi Negin for                         /s/ Lexi Negin
MATTHEW G. MORRIS                 LEXI NEGIN
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States              Attorney for Alexander Nathan Norris

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 8, 2011, the relative recency of the filing of charges, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Thursday, July 14, 2011, is vacated and reset for **Thursday, September 29, 2011, at 10:00 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 8, 2011, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, July 8, 2011, through and including September 29, 2011, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: July 11, 2011.

                                                         UNITED STATES DISTRICT JUDGE