IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:11-cr-00188 KJM |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| ALEXANDER N. NORRIS, | ) | |
| Defendant. | ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 2252

The court relieved the Federal Defender due to a conflict. CJA Panel attorney Michael Long is hereby appointed effective May 6, 2015, the date the Office of the Federal Defender first contacted him.

DATED:  May 6, 2015.

_____
UNITED STATES DISTRICT JUDGE

ORDER APPOINTING COUNSEL            1