**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email: mike.long.law@msn.com

Attorney for Defendant
ALEX NORRIS

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALEX NORRIS.<br><br>　　　　Defendant | Case No.: Cr.S-11-188 KJM<br><br>**ORDER TO FILE UNDER SEAL THE EXHIBIT TO DEFENSE BRIEF** |

**ORDER**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** THAT EXHIBIT "A" TO THE DEFENSE OPPOSITION BRIEF SHALL BE FILED UNDER SEAL.

**IT IS SO ORDERED.**

DATED: May 9, 2017

_____
UNITED STATES DISTRICT JUDGE

- 1 -