1    PHILLIP A. TALBERT
     United States Attorney
2    MATTHEW G. MORRIS
     SHELLEY D. WEGER
3    Assistant U.S. Attorneys
     501 I Street, Suite 10-100
4    Sacramento, CA  95814
     Telephone:  (916) 554-2700
5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                             EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    2:11-CR-00188-KJM

12            Plaintiff,

13       v.                                       FINAL ORDER OF FORFEITURE

14   ALEXANDER NATHAN NORRIS,

15            Defendant.

16

17        WHEREAS, on or about June 7, 2016, this Court entered a Preliminary Order of Forfeiture

18   pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between

19   plaintiff and defendant Alexander Nathan Norris forfeiting to the United States the following property:

20            a.       Computer, desktop, generic with Antec case; and

21            b.       ASUS Netbook computer, serial number A10AAS277075.

22        AND WHEREAS, beginning on May 14, 2017, for at least 30 consecutive days, the United States

23   published notice of the Court's Order of Forfeiture on the official internet government forfeiture site

24   www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court

25   within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity

26   of their alleged legal interest in the forfeited property.

27        AND WHEREAS, no third party has filed a claim to the subject property and the time for any

28   person or entity to file a claim has expired.

                                                1
                                                                    Final Order of Forfeiture

1    Accordingly, it is hereby ORDERED and ADJUDGED:

2    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America all

3    right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2253, to be disposed of according

4    to law, including all right, title, and interest of Alexander Nathan Norris.

5    2.    All right, title, and interest in the above-listed assets shall vest solely in the name of the

6    United States of America.

7    3.    The U.S. Marshals Service shall maintain custody of and control over the subject property

8    until it is disposed of according to law.

9    SO ORDERED this 15th day of August, 2017.

10

11    _____
      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Final Order of Forfeiture