MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for ALEX NORRIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:11-CR-188 KJM |
|                Plaintiff, | ) |
| | ) STIPULATION AND |
|    v. | ) ORDER ADDING COUNSELING |
| | ) TO THE SPECIAL CONDITIONS OF |
| | ) RELEASE |
| | ) |
| ALEX NORRIS, | ) Date: |
| | ) Time: |
|            Defendant. | ) Judge: Hon. Kimberly J. Mueller |
| ==============================) | |

Ms. Norris's special conditions of pre-trial release are found in ECF document 6, the "Notice To Defendant Being Released".  Condition 11 reads:

11. **You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.**

Mr. Norris has been sentenced to 72 months in custody and he has been ordered to self-surrender by 2:00pm on Monday, October 2, 2017, at the FCI La Tuna facility designated by the Bureau of Prisons.

At the suggestion of PTS Officer Darryl Walker, the parties are requesting that the Court order that Mr. Norris's electronic monitoring equipment be removed on the morning of Sunday, October 1, 2017.  Mr. Norris's airline flight departs Sacramento at 11:00am on October 1, 2017, for Denver, then on to El Paso, Texas from Denver.  The purpose of this request is so that Pre-Trial Services can remove and retain the electronic monitoring equipment on Sunday, October 1,

-1-

2017, before Mr. Norris drives to the Sacramento airport to fly to El Paso. Mr. Norris can then comply with the Court's order to self-surrender at FCI La Tuna on Monday, October 2, 2017.

Based on the travel itinerary and flight reservations provided by Mr. Long to the United States and PTS Darryl Walker, AUSAs Matt Morris and Shelley Weger and PTS Darryl Walker do not object to this requested order.

Dated: August 30, 2017                    Respectfully submitted,

                                          /s/ *Michael D. Long*
                                          MICHAEL D. LONG
                                          Attorney for Alex Norris


Dated: August 30, 2017                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ *Matthew Morris*
                                          MATTHEW MORRIS
                                          Assistant U.S. Attorney

                                    ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Norris's electronic monitoring equipment shall be removed on the morning of Sunday, October 1, 2017, to allow Mr. Norris to travel to FCI La Tuna to comply with his self-surrender deadline.

Dated: September 7, 2017.


_____
UNITED STATES DISTRICT JUDGE